█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD DEGROAT, Appellant, v CHARLES KELLY, JR., Superintendent, Marcy Correctional Facility, Respondent. [982 NYS2d 425]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (David A. Murad, J.), entered January 17, 2013 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.